MCGREGOR W. SCOTT
United States Attorney
CARL M. FALLER, Jr.
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, CA   93721
Telephone: (559) 498-7272

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:03-cr-05259 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY BROOKS, | ) | |
| | ) | |
| Defendant. | ) | |
|_____|)| |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott,
United States Attorney and Carl M. Faller, Jr., Assistant U.S.
Attorney and Barbara Hope O'Neill, attorney for defendant,
Anthony Brooks, that the Stipulation to Continue Sentencing Date
currently scheduled for August 22, 2005 at 9:00 a.m. be continued
to September 12, 2005 at 9:00 a.m.

///

///

///

Dated: August 18, 2005                    Respectfully submitted,


                                          McGREGOR W. SCOTT
                                          United States Attorney



                                    By    _/s/ Carl M. Faller, Jr._
                                          CARL M. FALLER, Jr.
                                          Assistant U.S. Attorney


Dated: August 18, 2005                    _/s/ Barbara Hope O'Neill_
                                          BARBARA HOPE O'NEILL
                                          Attorney for Defendant
                                          ANTHONY BROOKS




IT IS SO ORDERED.

**Dated:    August 19, 2005**            _____/s/ Anthony W. Ishii_____
0m8i78                                   UNITED STATES DISTRICT JUDGE