# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANTHONY DARRYL BROOKS | ) Case No: 1:03cr05259-AWI |
| | ) USM No: 61344-097 |
| Date of Previous Judgment: 9/12/2005 | ) David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❏  the Director of the Bureau of Prisons  ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   188   months **is reduced to**   151 MONTHS   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
❏  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏  Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   9/12/2005   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   July 17, 2008                              /S/ ANTHONY W. ISHII
                                                                      Judge's signature

Effective Date:                                           ANTHONY W. ISHII, Chief U.S. District Judge
           (if different from order date)                    Printed name and title